IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 13-30113 |
| ) | Chapter 7 |
| GORDON LEE GEORGE JR. AND ) | |
| ADRIENNE MICHELLE GEORGE, ) | |
| ) | |
| Debtors. ) | |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION TO
JOSEPH N. TISSUE, SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD
FEBRUARY 17, 2015 THROUGH FEBRUARY 18, 2015**

John W. Taylor, Trustee ("Movant"), hereby requests that this Court award to Joseph N. Tissue ("Mr. Tissue"), reasonable compensation for professional services rendered as Special Counsel for the Chapter 7 Trustee in the amount of $2,385.00 and expenses in the amount of $5.80 for the period commencing February 17, 2015 through February 18, 2015 (the "Fee Period"). In support of this application (the "Application"), Movant respectfully represents and states as follows:

**BACKGROUND**

1. Mr. Tissue was appointed as Special Counsel to the Trustee in connection with the Chapter 7 case, pursuant to an Order entered by this Court on October 28, 2013. The Order authorized Mr. Tissue to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**COMPENSATION TO BE PAID AND ITS SOURCE**

2. All services for which Mr. Tissue requests compensation were performed for or on behalf of the Chapter 7 estate.

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $2,385.00 due for compensation for the various services rendered.

**DISBURSEMENTS**

4.      Mr. Tissue has incurred $5.80 out-of-pocket disbursements during the Fee Period.

**SUMMARY OF SERVICES RENDERED**

5.      As Special Counsel for the Chapter 7 Trustee during the Fee Period, Mr. Tissue has been providing necessary legal services for the Trustee regarding the real property of the estate, as well as other legal matters associated with the administration of the bankruptcy estate as set forth in Exhibit A. During the Fee Period, Mr. Tissue performed the professional services described on Exhibit A.

6.      Mr. Tissue has previously applied for and been approved fees and expenses as follows:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| N/A | | | | | |

**VALUATION OF SERVICES**

7.      The nature of the work performed and the cost of these services performed by Mr. Tissue is fully set forth in the attached Exhibit A. The rates charged by Mr. Tissue's professionals are the normal hourly rates charged by Mr. Tissue for work of this character. The reasonable value of the services rendered by Mr. Tissue to the Chapter 7 Trustee during the Fee Period exceeds the fees charged by Mr. Tissue.

8.      In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Movant requests that allowance be made to Joseph N. Tissue as Special Counsel for the Trustee, in the amount of $2,385.00, as compensation for necessary professional services rendered to the Chapter 7 Trustee for the Fee Period, and expenses in the amount of $5.80, and further requests such other and further relief as this Court may deem just and proper.

DATED this 31st day of May, 2018.

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Trustee
4600 Park Road, Suite 420
Charlotte, NC  28209
704-540-3622

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION TO JOSEPH N. TISSUE, SPECIAL COUNSEL FOR THE TRUSTEE, FOR THE PERIOD FROM FEBRUARY 17, 2015 THROUGH FEBRUARY 18, 2015 by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the below listed parties this 31st day of May, 2018.

| | |
|---|---|
| Gordon Lee George, Jr. | Adrienne Michelle George |
| 10116 Baxter Caldwell Dr. | 10116 Baxter Caldwell Dr. |
| Charlotte, NC 28213 | Charlotte, NC 28213 |

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Trustee
4600 Park Road, Suite 420
Charlotte, NC  28209
704-540-3622